1
2
3
4
5
6
7

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                               No. CIV S-09-2445 KJM-EFB

   vs.

SIERRA PACIFIC INDUSTRIES; et al.,

      Defendants.
                                       /

SIERRA PACIFIC INDUSTRIES,

      Plaintiff,                             No. CIV S-11-0346 MCE-JFM

   vs.

AMERICAN STATES INSURANCE CO.,

      Defendant.
                                       /

AMERICAN STATES INSURANCE CO.,

      Plaintiff,                             No. CIV S-12-1489 JAM-DAD

   vs.

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

      Defendant.                                RELATED CASE ORDER
                                       /

Examination of the above-captioned actions reveals that they are not related within the meaning of Local Rule 123(a).  Here, although the actions numbered 11-0346 and 12-1489 stem from the same event as the action numbered 09-2445, the three actions are not based on a similar claim, nor do they involve similar questions of fact or law such that "their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(1)-(3).  Moreover, 11-0346 and 12-1489 would not "entail substantial duplication of labor" if these actions are heard by different judges from 09-2445.  Accordingly, the assignment of these matters to the same judge will not effect a substantial savings of judicial effort or be convenient for the parties.

As a result, these three cases shall not be related.  The undersigned expresses no opinion regarding the relation of 11-0346 and 12-1489 to each other.

IT IS SO ORDERED.

DATED: July 6, 2012.

_____
UNITED STATES DISTRICT JUDGE