BINGHAM MCCUTCHEN LLP
Frank Kaplan (SBN 50859)
frank.kaplan@bingham.com
Ken Meyers (SBN 99959)
ken.meyers@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, California  90404-4060
Telephone:  310.907.1000
Facsimile:   310.907.2000
Attorneys for Defendant
Insurance Company of the State
of Pennsylvania

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCES COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>Defendant. | No. 2:12-CV-01489-JAM-DAD<br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT; ORDER** |

# I. RECITALS

1. This is an action among insurance companies who are alleged to have duties to defend and/or indemnify Sierra Pacific Industries ("SPI") in various lawsuits arising out of the "Moonlight Fire."  The pleadingsare labeled as claims for declaratory relief, contribution and indemnity.

2. On March 18, 2013, following issuance of the Court's order granting leave to file, American States Insurance Company ("ASIC") filed its Second Amended Complaint in this matter against Insurance Company of the State of Pensylvania ("ICSOP") and Lexington Insurance Company ("Lexington").

3. At the time of the filing of the Second Amended Complaint, ASIC advises that it was in the process of negotiating a settlement with SPI of the related case *Sierra Pacific Industries v. American States* E.D. Cal. Case No. 2:11-CV-00346.  It was anticipated by ASIC that the settlement would impact the allegations and causes of action alleged in the instant action, thus requiring further amendment of the Complaint in this action.

4. Accordingly, on March 21, 2013, the parties to this action entered into a stipulation, under Local Rule 144(a), to extend the deadline -- for defendant ICSOP to answer or other response to the second amended complaint -- to April 29, 2013.  ASIC further agreed to postpone service of a summons and copy of the Second Amended Complaint upon newly-added defendant

Lexington.

5. ASIC advises that the parties to the *Sierra Pacific v. American States* case have now reached agreement on the terms of a written settlement agreement that resolves all claims in that action.  ASIC expects that SPI and ASIC will execute the written settlement agreement within the next week to ten days.  ASIC further asdvises that the terms of the anticipated settlement will require amendment to the Second Amended Complaint to allege what ASIC contends are the essential terms of the settlement and their effect on the parties alleged rights and liabilities in this action.  Further, as a result of its anticipated settlement with SPI, ASIC believes the disputes between it and ICSOP will be limited to pre-August 18, 2012 defense costs, which will moot any disputes regarding ASIC's umbrella policy or Lexington.  It is anticipated that the underlying SPI-ASIC Settlement and a draft third amended complaint can be presented to Defendant ICSOP for review and stipulation for filing no later than May 20, 2013.  In the event ICSOP does not stipulate to the filing of the third amended complaint, ASIC anticipates filing a motion for leave to file a third amended complaint no later than May 28, 2013 (the previous day being a holiday).

6. Accordingly, the parties hereby jointly stipulate and request that the court grant a further extension to May 28 2013 for ICSOP to answer or otherwise respond to the Second Amended Complaint.

| | |
|---|---|
| DATED:  April 24, 2013 | THE BIERNAT LAW GROUP |
| | By: /s/ Lisa L. Pan<br>   Lisa L. Pan<br>   Attorneys for Plaintiff American States Insurance Company |
| DATED:  April 24, 2013 | BINGHAM McCUTCHEN LLP |
| | By: /s/ Frank Kaplan<br>   Frank Kaplan<br>   Attorneys for Defendant Insurance Company of the State of Pennsylvania |

## ORDER

Upon the stipulation of the parties, and good cause appearing, the court hereby extends the deadline for Defendant Insurance Company of the State of Pennsylvania to answer or otherwise respond to the Second Amended Complaint to May 28, 2013.

IT IS SO ORDERED.

DATE:  April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT