**THE BIERNAT LAW GROUP**
LISA L. PAN, SBN: 188442
1633 Bayshore Hwy, Suite 133
Burlingame, California 94010
Telephone: (650) 689-5160
Facsimile: (650) 689-5587
Email:

Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCES COMPANY, an Indiana Corporation<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation<br><br>Defendant. | Case No.: 2:12-CV-01489-MCE-JFM<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT; ORDER** |

The undersigned parties hereby stipulate that Plaintiff American States Insurance Company shall have leave to file its Third Amended Complaint, a copy of which is attached hereto and labeled Exhibit A.

Dated: May 15, 2015                    THE BIERNAT LAW GROUP

                                        By: /s/ Lisa L. Pan
                                        LISA L. PAN
                                        Attorneys for Plaintiff
                                        AMERICAN STATES INSURANCE COMPANY

STIPULATION AND ORDER                                                                                      1

Dated: May 16, 2013

BINGHAM MCCUTCHEN LLP

By: /s/ Frank Kaplan
Frank Kaplan
Attorneys for Defendant
Insurance Company of the State of Pennsylvania

**ORDER**

Upon the stipulation of the parties, the court hereby grants American States Insurance Company leave to file its Third Amended Complaint, a copy of which is attached hereto and labeled Exhibit A.

IT IS SO ORDERED.

DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT