BINGHAM McCUTCHEN LLP
Frank Kaplan (SBN 50859)
frank.kaplan@bingham.com
Kenneth S. Meyers (SBN 99959)
ken.meyers@bingham.com
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California 90404-4082
Telephone: 310.907.1000
Facsimile: 310.907.2000

Attorneys for Defendant
Insurance Company of the State
of Pennsylvania

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>Defendants. | No. 2:12-CV-01489-MCE-JFM<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT; AND ORDER**<br><br>Date: July 25, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr.<br><br>Courtroom: 7 |

STIPULATION CONTINUING HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT

A/75643319.1

1    This Stipulation is made by and between plaintiff American States Insurance Company ("American") and defendant Insurance Company of the State of Pennsylvania ("ICSOP") through their counsel of record pursuant to Local Rule 230(f) with respect to the following facts:

1. ICSOP has filed a motion to dismiss each claim for relief in American's Third Amended Complaint.

2. The hearing on ICSOP's motion to dismiss is currently set for July 25, 2013.

3. ICSOP's reply to American's opposition to the motion to dismiss is currently due on July 18, 2013.

4. ICSOP's counsel has advised American's counsel that because of the vacation and travel schedules of the persons at ICSOP who must review and approve the reply before it is filed, those persons will be unavailable to review the reply before its current July 18, 2013 due date.

5. The next available hearing date on the Court's calendar is August 8, 2013.

6. No prior requests to continue the hearing on the motion to dismiss have been sought.

THEREFORE, American and ICSOP hereby stipulate as follows, subject to the approval of the Court:

1. The hearing on ICSOP's motion to dismiss each claim for relief in American's Third Amended Complaint may be continued to August 8, 2013 at 2 p.m.

///
///
///
///

2. ICSOP's reply to American's opposition to the motion to dismiss may be filed and served on or before August 1, 2013.

DATED: July 15, 2013                     THE BIERNAT LAW GROUP


By: /s/ Lisa L. Pan
    Lisa L. Pan
    Attorneys for Plaintiff America
    States Insurance Company


DATED: July 15, 2013                     BINGHAM McCUTCHEN LLP


By: /s/ Frank Kaplan
    Frank Kaplan
    Attorneys for Defendant Insurance
    Company of the State of
    Pennsylvania

STIPULATION CONTINUING HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT

A/75643319.1

# ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The hearing on ICSOP's motion to dismiss each claim for relief in American's Third Amended Complaint currently scheduled for July 25, 2013, is hereby vacated and **continued to August 8, 2013 at 2 p.m.** in Courtroom 7.

2  ICSOP's Reply to American's opposition to the motion to dismiss may be filed and served on or before August 1, 2013.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT