**THE BIERNAT LAW GROUP**
LISA L. PAN, SBN: 188442
1633 Bayshore Hwy, Suite 133
Burlingame, California 94010
Telephone: (650) 689-5160
Facsimile: (650) 689-5587
Email:

Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation<br><br>Defendant. | Case No.: 2:12-CV-01489-MCE-CKD<br><br>**ORDER TO STIPULATION TO FILE CORRECTED THIRD AMENDED COMPLAINT** |

Upon the stipulation of the parties, the Court hereby grants Plaintiff American States Insurance Company leave to file a Corrected Third Amended Complaint ("TAC"). The TAC is to be filed not later than thirty (30) days after this Order is filed.

IT IS SO ORDERED.

Dated: March 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-1-