UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>　　　　　Defendant. | No.  2:12-cv-1489 MCE CKD<br><br><br>ORDER |

　　　　Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter.  The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings and notify the parties.  Plaintiff's Motion to Compel (ECF No. 64) set for November 19, 2014, at 10:00 a.m. before the undersigned is hereby VACATED.  The parties shall contact the newly assigned magistrate judge's courtroom deputy to obtain a new hearing date.

　　　　IT IS SO ORDERED.

Dated:  November 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
Amer1489.rec　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1