1
BIERNAT LAW GROUP
LISA L. PAN (SBN: 188442)
2
1633 Bayshore Hwy, Suite 133
Burlingame, CA 94010
3
Telephone (650) 689-5160
Fax (650) 689-5587
4
Email: lpan@jdblawyers.com

5
FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
6
SCOTT SVESLOSKY, Cal. Bar No. 217660
ssveslosky@sheppardmullin.com
7
BRENDA A. BISSETT Cal. Bar No. 116642
bbissett@sheppardmullin.com
8
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
9
Los Angeles, California  90071-1448
Telephone:  213-620-1780
10
Facsimile:   213-620-1398

11
Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY
12

13
**UNITED STATES DISTRICT COURT**

14
**EASTERN DISTRICT OF CALIFORNIA**

15
**SACRAMENTO DIVISION**

16
AMERICAN STATES INSURANCE
COMPANY, an Indiana Corporation,
17

18
Plaintiff,

19
v.

20
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA, a
21
Pennsylvania Corporation,

22
Defendant.

23

24

25

26

27

28

| | |
|---|---|
| Case No. 2:12-cv-01489-MCE-AC | |
| RELATED WITH CASE NO: 2:11-cv-00346-MCE-JFM | |
| **ORDER TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF AMERICAN STATES INSURANCE COMPANY'S MOTION FOR SUMMARY ADJUDICATION** | |
| Date:  June 11, 2015 | |
| Time:  2:00 p.m. | |
| Place:  Courtroom 7 | |
| Hon. Morrison C. England, Jr | |

-1-

1

**<u>ORDER</u>**

2          On April 16, 2015, Plaintiff American States Insurance Company ("American")

3    submitted a Request to Seal Documents Submitted in Support of its Motion for Summary

4    Adjudication that Defendant Insurance Company of the State of Pennsylvania ("ISOP")

5    designated as confidential pursuant to the Protective Order (Doc. #81) in this Action issued

6    by United States Magistrate Judge Allison Claire on February 20, 2015.  Having fully

7    considered the parties' arguments, and good cause appearing therefore, the Court orders as

8    follows:

9          The following documents shall be filed under seal until further order:

10          Exhibits A through H and Exhibits J through K to the Declaration of Lisa L. Pan in

11   Support of American's Motion for Summary Adjudication; Exhibits X and Y to the

12   Declaration of Rhonda Cully in Support of American's Motion for Summary Adjudication;

13   Exhibit 3 to the Declaration of Jerry Strawn in Support of American's Motion for

14   Summary Adjudication; and Exhibit A to the Declaration of Brenda A. Bissett in Support

15   of American's Motion for Summary Adjudication.

16          **IT IS SO ORDERED.**

17

18   Dated:  April 20, 2015

19

20                                        _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
21                                        UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

SMRH:436908277.1                                                              ORDER TO SEAL