# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,,<br><br>　　　　　　　　　　Defendant. | Case No. 2:12-cv-01489-MCE-AC<br><br>**ORDER CONTINUING HEARING DATE ON SUMMARY JUDGMENT AND SUMMARY ADJUDICATION MOTIONS**<br><br>Date:　　June 11, 2015<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 7<br>Judge:　　Hon. Morrison C. England, Jr. |

Plaintiff American States Insurance Company ("American") and defendant Insurance Company of the State of Pennsylvania ("ICSOP") having stipulated to continue the hearing on American's summary adjudication motion and ICSOP's summary judgment motion from the currently scheduled June 11, 2015, date to July 10, 2015, or as soon thereafter as those motions may be heard if the Court does not take the motions under submission and determines that it is necessary to hear oral argument and to hold a hearing on those motions, and good cause appearing, IT IS HEREBY ORDERED that:

1. If the Court does not take under submission and determines to hear oral argument and hold a hearing on American's summary adjudication motion and ICSOP's summary judgment motion, then that hearing will be continued to **July 16, 2015 at 2:00 p.m**.; and

2. The current briefing schedule on the summary adjudication motion and the summary judgment motion remain unchanged.

IT IS SO ORDERED.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1
ORDER CONTINUING HEARINGS

141514.00602/100269717V.1