| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,,<br><br>Defendant. | Case No. 2:12-cv-01489-MCE-AC<br><br>**ORDER SEALING DOCUMENTS SUBMITTED BY INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (1) IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, AND (2) IN OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:   June 11, 2015<br>Time:   2:00 p.m.<br>Place:  Courtroom 7<br>Judge:  Hon. Morrison C. England, Jr. |

141514.00602/100272051v.1

On May 7, 2015, defendant Insurance Company of the State of Pennsylvania submitted a Request to Seal Documents Submitted (1) in Support of Motion for Summary Judgment, and (2) in Opposition to Motion for Summary Adjudication designated as confidential pursuant to the Protective Order (Dkt. No. 81) in this action issued by United States Magistrate Judge Allison Claire on February 20, 2015.  Having fully considered the parties' arguments, and good cause appearing, the Court orders as follows:

The following documents shall be filed under seal until further order: Exhibits 5, 7 and 26 to the Declaration of Frank Kaplan (1) in Support of Insurance Company of the State of Pennsylvania's Motion for Summary Judgment, and (2) in Opposition to American States Insurance Company's Motion for Summary Adjudication.

IT IS SO ORDERED.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT