# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>Defendant. | No. 2:12-CV-01489-MCE-AC<br><br>RELATED WITH CASE NO: 2:11-CV-00346-MCE-JFM<br><br>**ORDER CONTINUING DISCOVERY HEARING** |

# ORDER

On September 30, 2015, plaintiff American States Insurance Company ("plaintiff") and defendant Insurance Company of the State of Pennsylvania ("defendant"), by and through their respective counsel of record, submitted a Stipulation to Continue Hearing on Discovery Motion.  Having fully considered the parties' Stipulation, and good cause appearing therefore, the Court orders as follows:

(a) The hearing on defendant's discovery motion is continued from October 14, 2015 to November 4, 2015 at 10:00 a.m.;

(b) The Joint Statement of Discovery Disagreement and all declarations in support of and in opposition to defendant's motion shall be filed on or before October 28, 2015.

**IT IS SO ORDERED.**

DATED: October 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

ORDER CONTINUING DISCOVERY HEARING

141514.00602/101501225v.1