BIERNAT LAW GROUP
LISA L. PAN (SBN: 188442)
1633 Bayshore Hwy, Suite 133
Burlingame, CA 94010
Telephone (650) 689-5160
Fax (650) 689-5587
Email: lpan@jdblawyers.com

FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
SCOTT SVESLOSKY, Cal. Bar No. 217660
ssveslosky@sheppardmullin.com
BRENDA A. BISSETT Cal. Bar No. 116642
bbissett@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone:   213-620-1780
Facsimile:   213-620-1398

Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 2:12-cv-01489-MCE-AC<br><br>RELATED WITH CASE NO: 2:11-CV-00346-MCE-JFM<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER AND VACATING TRIAL AND PRETRIAL DEADLINES** |

**ORDER**

On September 29, 2015, plaintiff American States Insurance Company ("plaintiff") and defendant Insurance Company of the State of Pennsylvania ("defendant"), by and through their respective counsel of record, submitted a Stipulation to Modify the Pretrial Scheduling Order and Vacate the Trial Date and Pretrial Deadlines.  Having fully considered the parties' Stipulation, and good cause appearing therefore, the Court modifies its Amended Pretrial Scheduling Order as follows:

(a) The trial date and all pretrial deadlines are HEREBY VACATED;

(b) The Court shall, if necessary, reset the trial date and all pretrial deadlines after it rules on the parties' cross-motions for summary adjudication and summary judgment.

**IT IS SO ORDERED.**

Dated:  October 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT