ERIC C. STRAIN (SBN: 203834)
estrain@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
Suite 1800
San Francisco, CA 94111
Telephone:  415-984-8373
Facsimile:  415-984-8300

Attorneys for Defendant
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>              Defendant. | CASE NO: 2:12-cv-01489-MCE-AC<br><br>RELATED WITH CASE NO: 2:11-cv-00346-MCE-JFM<br><br>**ORDER GRANTING INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:         August 11, 2016<br>Time:        2 p.m.<br>Place:       Courtroom 7<br>Hon. Morrison C. England, Jr. |

On July 28, 2016, defendant Insurance Company of the State of Pennsylvania ("ICSOP") submitted a Request to Seal Documents submitted in Opposition to plaintiff American States Insurance Company ("American") Motion for Summary Judgment or in the alternative, Partial Summary Judgment, that American designated as confidential pursuant to the Protective Order entered in this Action by United States Magistrate Judge Allison Claire on February 23, 2015 (Dkt. No. 81).  Having fully considered the parties' arguments, and good cause appearing therefore, the Court orders that the following documents shall be filed under seal until further order:

///

///

Exhibits C and E to the Declaration of Eric Strain filed on July 28, 2016 in Opposition to American's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE