```
 1  SHEPPARD, MULLIN, RICHTER
      & HAMPTON LLP
 2  FRANK FALZETTA, Cal. Bar No. 125146
    ffalzetta@sheppardmullin.com
 3  SCOTT SVESLOSKY, Cal. Bar No. 217660
    ssveslosky@sheppardmullin.com
 4  BRENDA A. BISSETT Cal. Bar No. 116642
    bbissett@sheppardmullin.com
 5  333 South Hope Street, 43rd Floor
    Los Angeles, California  90071-1422
 6  Telephone:  213-620-1780
    Facsimile:   213-620-1398
 7
    Attorneys for Plaintiff
 8  AMERICAN STATES INSURANCE COMPANY
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 2:12-cv-01489-MCE-AC<br><br>RELATED WITH CASE NO: 2:11-CV-00346-MCE-JFM<br><br>**ORDER GRANTING AMERICAN STATES INSURANCE COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:  July 14, 2016<br>Time:  2:00 p.m.<br>Place:  Courtroom 7<br>Hon. Morrison C. England, Jr |

-1-

SMRH:477943278.1                    ORDER GRANTING AMERICAN'S REQUEST TO SEAL DOCUMENTS

# ORDER

On June 10, 2016, Plaintiff American States Insurance Company ("American") submitted a Request to Seal Documents Submitted in Support of its Motion for Summary Judgment or in the alternative, Partial Summary Judgment ("American's Motion") that American designated as confidential pursuant to the Protective Order entered in this Action by United States Magistrate Judge Allison Claire on February 23, 2015 (Docket Entry No. 81).  Having fully considered the parties' arguments, and good cause appearing therefore, the Court orders that the following documents shall be filed under seal until further order:

Exhibits 1, 2 and 3 to the Declaration of Rhonda Cully filed on June 10, 2016 in Support of American's Motion.

**IT IS SO ORDERED.**

**Dated:  August 23, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE