ERIC C. STRAIN (SBN: 203834)
estrain@nixonpeabody.com
Juan Luis Garcia (Admitted *Pro Hac Vice*)
jgarcia@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
Suite 1800
San Francisco, CA 94111
Telephone:  415-984-8373
Facsimile:   415-984-8300

Attorneys for Defendant
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                    Defendant. | CASE NO: 2:12-cv-01489-MCE-AC<br><br>**ORDER GRANTING INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:         October 5, 2017<br>Time:         2:00 p.m.<br>Place:        Courtroom 7<br>Judge:       Hon. Morrison C. England, Jr. |

On July 21, 2017, Defendant Insurance Company of the State of Pennsylvania ("ICSOP") submitted a Request to Seal Documents submitted in Support of ICSOP's Motion for Summary Judgment or in the alternative, Summary Adjudication, that American designated as confidential pursuant to the Protective Order entered in this action by United States Magistrate Judge Allison Claire on February 23, 2015 (Dkt. No. 81).  Having fully considered the parties' arguments, and good cause appearing therefore, the Court orders that the following documents shall be filed under seal until further order:

/ / /

Exhibits A, B, and C to the Declaration of Juan Luis Garcia filed on July 21, 2017 in Support of ICSOP's Motion for Summary Judgment.

**IT IS SO ORDERED.**

**Dated: July 26, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

CASE:   American States Insurance Co. v. Insurance Company of the State of Pennsylvania
COURT:   USDC E. Dist. of California
CASE NO.:   2:12-cv-01489-MCE-AC (Related Case #2:11-cv-00346-MCE-JFM)
NP FILE:   099371-302

   I, the undersigned, certify that I am employed in the City and County of San Francisco, CA; I am over the age of 18-years and not a party to this action; my business address is One Embarcadero Ctr., 18th Fl., San Francisco, CA 94111-3600. On this date, I served true copies of the following document(s):

**[PROPOSED] ORDER GRANTING INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S REQUEST TO SEAL DOCUMENTS**

on the parties stated below, through their attorneys of record, by the following means of service:

  X  :   By CM/ECF Electronic Service – I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and service/transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Addressee(s)

| Scott Sveslosky<br>Frank Falzetta<br>Brenda Adams Bissett<br>Brian D. Murray<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422 | Attorneys for Plaintiff American States Insurance Company<br><br>Tel: 213-620-1780<br>Fax: 213-620-1398<br>Emails: ffalzetta@sheppardmullin.com,<br>ssveslosky@sheppardmullin.com,<br>bbissett@sheppardmullin.com,<br>bmurray@sheppardmullin.com |
|---|---|

   I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2017, at San Francisco, California.


          */s/ Rosa Fierro*