ERIC C. STRAIN (SBN: 203834)
estrain@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: 415-984-8373
Facsimile: 415-984-8300

Attorneys for Defendant
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                Defendant. | CASE NO: 2:12-cv-01489-MCE-AC<br><br>RELATED WITH CASE NO:<br>2:11-cv-00346-MCE-JFM<br><br>**STIPULATION AND ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE**<br><br>Hon. Morrison C. England, Jr. |

Plaintiff American States Insurance Company ("ASIC") and Defendant Insurance Company of the State of Pennsylvania ("ICSOP"), by and through their respective counsel, hereby submit the following stipulation and proposed order setting the hearing date and briefing schedule for the parties' respective Motions for Summary Judgment, permitted to be filed by the Memorandum and Order of the Hon. Morrison C. England, Jr. filed on May 23, 2017 (ECF No. 177).

1. In accordance with the Court's Order, ASIC and ICSOP shall file their respective Motions for Summary Judgment on July 21, 2017.

2. ASIC and ICSOP shall have until September 7, 2017 to file their respective Oppositions.

3. ASIC and ICSOP shall have until September 28, 2017 to file their Reply.

4. The hearing date on the Motions for Summary Judgment shall be set for October 5, 2017.

5. By entering into this stipulation, the parties do not waive any rights or arguments with respect to their ability to request additional continuances, if necessary.

**IT IS SO STIPULATED.**

DATED: July 17, 2017                SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:    /s/ Brenda Bissett
      BRENDA BISSETT

Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY

DATED: July 17, 2017                NIXON PEABODY LLP

By:    /s/ Eric C. Strain
      ERIC C. STRAIN

Attorneys for Defendant
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

## ORDER

Having reviewed the foregoing stipulation and good cause appearing, the parties' Motions for Summary Judgment shall be filed on July 21, 2017; the parties' Oppositions shall be filed on September 7, 2017; the parties' Replies shall be filed on September 28, 2017; and the hearing for the parties' Motions for Summary Judgment shall be set for October 5, 2017 before the undersigned.

**IT IS SO ORDERED.**

**Dated: July 28, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE