FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
SCOTT SVESLOSKY, Cal. Bar No. 217660
ssveslosky@sheppardmullin.com
BRENDA A. BISSETT Cal. Bar No. 116642
bbissett@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213-620-1780
Facsimile:   213-620-1398

Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>                         Plaintiff,<br><br>          v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>                         Defendant. | Case No. 2:12-cv-01489-MCE-AC<br><br>RELATED WITH CASE NO:<br>2:11-cv-00346-MCE-JFM<br><br>**ORDER GRANTING AMERICAN STATES INSURANCE COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:  October 5, 2017<br>Time:  2:00 p.m.<br>Place:  Courtroom 7<br>Hon. Morrison C. England, Jr |

On September 7, 2017, Plaintiff American States Insurance Company ("American") submitted a Request to Seal Documents Submitted in Support of its Opposition to Insurance Company of the State of Pennsylvania's ("ICSOP's") Motion for Summary Judgment or in the alternative, Summary Adjudication.  Having fully considered the parties' arguments, and good cause appearing therefore, the Court orders that the following documents shall be filed under seal until further order:

1. The unredacted version of American's Opposition to ICSOP's Motion for Summary Judgment, or in the alternative, Summary Adjudication.

2. The unredacted version of American's Response to ICSOP's Separate Statement of Undisputed Material Facts and Statement of Additional Undisputed Material Fact in Support of Opposition to ICSOP's Motion for Summary Judgment.

3. Exhibit A to the Declaration of Brenda Bissett.

**IT IS SO ORDERED.**

**Dated:  September 11, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE