ERIC C. STRAIN (SBN: 203834)
estrain@nixonpeabody.com
JUAN LUIS GARCIA (*Pro Hac Vice*)
jgarcia@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: 415-984-8373
Facsimile: 415-984-8300

Attorneys for Defendant
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>            Defendant. | CASE NO: 2:12-cv-01489-MCE-AC<br><br>RELATED WITH CASE NO: 2:11-CV-00346-MCE-JFM<br><br>**STIPULATION AND ORDER SETTING REVISED BRIEFING SCHEDULE**<br><br>Hon. Morrison C. England, Jr. |

Plaintiff American States Insurance Company ("ASIC") and Defendant Insurance Company of the State of Pennsylvania ("ICSOP") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following stipulation and proposed order setting a revised briefing schedule for the parties' respective Motions for Summary Judgment, permitted to be filed by the Memorandum and Order of the Hon. Morrison C. England, Jr. filed on May 23, 2017 (ECF No. 177). This stipulation and proposed order amends the prior briefing scheduling adopted by the Court's Order, dated July 31, 2017 (ECF No. 187).

WHEREAS, the Parties filed their respective Motions for Summary Judgment on July 21, 2017;

WHEREAS, the Parties filed their respective oppositions to the motions on September 7, 2017; and

WHEREAS, the Court, on its own motion, continued the hearing date for the Parties' respective Motions for Summary Judgment from October 5, 2017 at 2:00 p.m. to November 2, 2017 at 2:00 p.m.

THEREFORE, the Parties agree and stipulate that:

1. ASIC and ICSOP shall have until October 12, 2017 to file their respective replies in support of their Motions for Summary Judgment;

2. This Stipulation and Order supersedes the Parties' Stipulation and Order, submitted by the Parties on July 17, 2017 (ECF Doc No. 178), and entered as an Order by the Court on July 31, 2017 (ECF Doc No. 187); and

3. By entering into this stipulation, the parties do not waive any rights or arguments with respect to their ability to request additional continuances, if necessary.

**IT IS SO STIPULATED.**

DATED: September 25, 2017        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                 By:  */s/ Scott Sveslosk*
                                     SCOTT SVESLOSKY
                                     BRENDA BISSETT

                                 Attorneys for Plaintiff
                                 AMERICAN STATES INSURANCE COMPANY

DATED: September 25, 2017        NIXON PEABODY LLP

                                 By:  */s/ Juan Luis Garcia*
                                     ERIC C. STRAIN
                                     JUAN LUIS GARCIA, *Pro Hac Vice*

                                 Attorneys for Defendant
                                 INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

STIPULATION AND ORDER SETTING REVISED BRIEFING SCHEDULE

**ORDER**

This matter came before the Court on the parties' Stipulation to Set a Revised Briefing Schedule on the Motions for Summary Judgment. For the reasons stated in the Stipulation and for good cause shown, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT, the parties' replies shall be filed no later than October 12, 2017.

**IT IS SO ORDERED.**

**Dated: September 26, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE