ERIC C. STRAIN (SBN: 203834)
estrain@nixonpeabody.com
Juan Luis Garcia (Admitted *Pro Hac Vice*)
jgarcia@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: 415-984-8200
Facsimile: 415-984-8300

*Attorneys for Defendant*
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                  Defendant. | CASE NO: 2:12-cv-01489-MCE-AC<br><br>**ORDER GRANTING INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:      November 2, 2017<br>Time:     2:00 p.m.<br>Place:     Courtroom 7, 14th Floor<br>Judge:    Hon. Morrison C. England, Jr. |

On October 12, 2017, Defendant Insurance Company of the State of Pennsylvania ("ICSOP") submitted a Notice of Request to Seal Documents submitted in Further Support of ICSOP's Motion for Summary Judgment or in the alternative, Summary Adjudication, that American designated as confidential pursuant to the Protective Order entered in this action by United States Magistrate Judge Allison Claire on February 23, 2015 (ECF No. 81). Having fully considered the parties' arguments, and good cause appearing therefore, the Court orders that the following documents shall be filed under seal until further order:

/ / /

Defendant Insurance Company of the State of Pennsylvania's Reply in Support of its Separate Statement of Undisputed Facts and Response to Plaintiff American States Insurance Company's Additional Undisputed Facts filed on October 12, 2017 in Further Support of ICSOP's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: October 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

CASE: American States Ins. Co. v. Insurance Company of the State of Pennsylvania
COURT: U.S.D.C., Eastern District of California
CASE NO.: 2:12-cv-01489-MCE-AC (Related Case #2:11-cv-00346-MCE-JFM)
NP FILE: 099371-302

    I, the undersigned, certify that I am employed in Jericho, New York; I am over the age of 18 years, and I am not a party to this action; my business address is 50 Jericho Quadrangle, Suite 300, Jericho, New York 11753. On this date, I served true copies of the following document(s):

**[PROPOSED] ORDER GRANTING INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S REQUEST TO SEAL DOCUMENTS**

on the parties stated below, through their attorneys of record, by the following means of service:

  X  : <u>By CM/ECF Electronic Service</u> – I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and service/transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

<u>Addressee(s)</u>

| | |
|---|---|
| Scott Sveslosky<br>Frank Falzetta<br>Brenda Adams Bissett<br>Brian D. Murray<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422 | Attorneys for Plaintiff American States Insurance Company<br><br>Tel: 213-620-1780<br>Fax: 213-620-1398<br>Emails: ffalzetta@sheppardmullin.com, ssveslosky@sheppardmullin.com, bbissett@sheppardmullin.com, bmurray@sheppardmullin.com |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2017, at Jericho, New York.

                                            */s/ Juan Luis Garcia*