ERIC C. STRAIN (SBN: 203834)
estrain@nixonpeabody.com
GREGORY E. SCHOPF (SBN: 122862)
gschopf@nixonpeabody.com
JUAN LUIS GARCIA (Admitted *Pro Hac Vice*)
jgarcia@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: 415-984-8200
Facsimile: 415-984-8300

*Attorneys for Defendant*
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Defendant. | CASE NO: 2:12-cv-01489-MCE-AC<br><br>**SUPERSEDEAS BOND #341-550; ORDER THEREON**<br><br>(Fed. R. Civ. P. 62(d); E.D. Cal. Local Rule 151(d)) |

**WHEREAS,** on March 30, 2018, this Court entered Judgment in favor of Plaintiff American States Insurance Company ("American States") in this Action in the amount of $6,613,957.28 [D.I. 215.] ("the Judgment");

**WHEREAS,** Defendant Insurance Company of the State of Pennsylvania ("ICSOP") anticipates appealing the Judgment in its entirety to the United States Court of Appeals for the Ninth Circuit;

**WHEREAS,** pursuant to Federal Rule of Civil Procedure 62(d), ICSOP wishes to stay execution or enforcement of the Judgment pending appeal;

**WHEREAS,** National Union Fire Insurance Company of Pittsburgh, Pa. is a corporation authorized to transact surety insurance business in the State of California, with an Administrative Office at 80 Pine Street, New York, New York ("the Surety");

**WHEREAS,** attached hereto is as Exhibit A is a certified copy of the Surety's Certificate of Authority to do business in California, together with a certified copy of General Power of Attorney appointing the agent authorized to execute this bond;

**WHEREAS,** ICSOP, as Principal, and the Surety hereby obligate themselves and their successors and assigns under all applicable federal law, by this instrument, to American States, in the amount of all damages, costs and interest that may be awarded to American States following the appeal of this matter, up to the sum of $8,267,446.60;

**NOW THEREFORE**, the condition of this obligation is such that if (a) the Judgment is vacated, reversed, or otherwise dismissed; (b) ICSOP satisfies the Judgment in full together with costs, interest and damages for delay if for any reason its appeal is dismissed, the Judgment is affirmed, or no notice of appeal is filed; (c) ICSOP satisfies in full such modification of the Judgment and such costs, interest and damages as the United States District Court for the Eastern District of California, the United States Court of Appeals for the Ninth Circuit and/or the United States Supreme Court may adjudge and award; or (d) this action is dismissed by American States pursuant to the terms of any settlement, then this obligation shall be null and void; otherwise it is to remain in full force and effect.  It is provided that the Surety shall not be liable in the aggregate for more than the penal sum of $8,267,446.60.

**SIGNED** below by their duly authorized representatives this 26th day of April, 2018.

**SURETY**

National Union Fire Insurance Company of Pittsburgh, Pa.

By:_____/s/_____

Julian Hallenbeck - Attorney-in-Fact

**PRINCIPAL**

Insurance Company of the State of Pennsylvania

By:_____/s/_____

Michael W. Leahy

Senior Vice President

**ORDER**

Pursuant to Federal Rule of Civil Procedure 62(d) and E.D. Cal. Local Rule 151(d)) the Court approves this bond.

IT IS SO ORDERED.

Dated: May 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE