FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
SCOTT SVESLOSKY, Cal. Bar No. 217660
ssveslosky@sheppardmullin.com
BRENDA A. BISSETT Cal. Bar No. 116642
bbissett@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER
 & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Plaintiff
AMERICAN STATES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 2:12-CV-01489-MCE-AC<br><br>RELATED WITH CASE NO: 2:11-CV-00346-MCE-JFM<br><br>**ORDER GRANTING AMERICAN STATES INSURANCE COMPANY'S MOTION TO CORRECT CLERICAL MISTAKE IN ORDER GRANTING MOTION FOR SUMMARY JUDGMENT (ECF. NO. 215)**<br><br>Date: May 17, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 7<br>Hon. Morrison C. England, Jr |

On April 6, 2018, Plaintiff American States Insurance Company ("American") filed a Motion to Correct Clerical Mistake in Order Granting Motion for Summary Judgment (ECF. NO. 215). Having fully considered the parties' arguments, and good cause appearing therefore, the Court hereby **GRANTS** American's Motion. The Court corrects the clerical mistake appearing on page 15 of the Court's Order Granting American's Motion for Summary Judgment, so that it now states:

> … Absent such underlying insurance, as the Court has already determined, **ICSOP's umbrella policy** became for all practical purposes a primary policy that had to "drop down" and provide a defense to Sierra for claims that alleged Sierra's independent liability. … (emphasis added).

**IT IS SO ORDERED.**

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE