# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>Defendant. | CASE NO: 2:12-CV-01489-MCE-AC<br><br>RELATED WITH CASE NO:<br>2:11-CV-00346-MCE-JFM<br><br>**FINAL JUDGMENT** |

# **FINAL JUDGMENT**

Based on the Stipulation Regarding Pre-Judgment Interest and for Entry of Final Judgment filed by Plaintiff American States Insurance Company ("American") and Defendant Insurance Company of the State of Pennsylvania ("ICSOP") on February 24, 2020, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Judgment is entered in favor of American, and against ICSOP, in the amount of $9,993,277.49.

2. Post-judgment interest will accrue at the rate of 1.45% until the judgment is satisfied.

3. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 5, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE