1  DAWN N. VALENTINE (SBN 206486)
   NIXON PEABODY LLP
2  One Embarcadero Center, 32nd Floor
   San Francisco, CA  94111-3600
3  Telephone (415) 984-8268
   Fax (866) 904-6525
4
   *Attorneys for Defendant*
5  THE INSURANCE COMPANY OF THE
   STATE OF PENNSYLVANIA
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation,<br><br>            Defendant. | Case No. 2:12-CV-01489-MCE-AC<br><br>NOTICE OF SATISFACTION OF JUDGMENT; ORDER THEREON |

-1-
NOTICE OF SATISFACTION OF JUDGMENT; ORDER THEREO

4849-2547-0137.1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE that, pursuant to the Stipulation between the Parties filed February 24, 2020 (Dkt. 241) and Final Judgment entered by this Court on March 6, 2020 (Dkt. 242) the Insurance Company of the State of Pennsylvania ("ICSOP") has satisfied the Judgment against it in whole.  Accordingly, the Parties hereto respectfully request that the supersedeas bond number 341-550 filed by ICSOP on or about April 27, 2018 (Dkt. 221) be discharged.

Dated: April 6, 2020

NIXON PEABODY LLP

By:  /s/ Dawn N. Valentine
   Dawn N. Valentine
   Attorneys for Defendant

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: April 6, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  /s/ Scott Sveslosky
   Scott Sveslosky
   Attorneys for Plaintiff

AMERICAN STATES INSURANCE COMPANY

**ORDER**

In accordance with the foregoing stipulation of counsel, and good cause appearing, the judgment in this matter (Dkt. 242) is hereby satisfied.  The supersedeas bond number 341-550 filed by ICSOP on or about April 27, 2018 (Dkt. 221) is accordingly discharged.

IT IS SO ORDERED.

Dated:  April 28, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4849-2547-0137.1